

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00089-CR

| | | |
|---|---|---|
| Aaron John Lewis Jr. | § | From the 396th District Court |
| | § | of Tarrant County (1201653D) |
| v. | § | November 21, 2013 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect a change in the total amount of reparations owed from $1,670.00 to $600.00. We delete from the reparations amount recited in the judgment $600.00 that was identified as a fine; $320.00 that was identified as a probation fee; and $150.00 identified as "Due to CSCS." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____

Justice Anne Gardner